# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KATHRYN W. BENITEZ and
AGUSTIN R. BENITEZ,

    Plaintiffs,

        v.

HILTON WORLDWIDE HOLDINGS, INC., *et al.*,

    Defendants.

NO. 3:18-CV-1679

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 31st day of August, 2018, **IT IS HEREBY ORDERED** that Plaintiffs are given leave to file an amended complaint within **twenty-one (21) days** from the date of entry of this Order. If Plaintiffs fail to do so, the action will be dismissed.

                                      /s/ A. Richard Caputo
                                      A. Richard Caputo
                                      United States District Judge