# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KATHRYN W. BENITEZ and AGUSTIN R. BENITEZ,

    Plaintiffs,

        v.

HILTON WORLDWIDE HOLDINGS, INC., *et al.*,

    Defendants.

NO. 3:18-CV-01679

(JUDGE CAPUTO)

## ORDER

**NOW**, this 15th day of May, 2019, **IT IS HEREBY ORDERED** that:

(1) The Motion to Amend (Doc. 25) filed by Plaintiffs Kathryn and Agustin Benitez is **GRANTED**. Plaintiffs **SHALL** file their Third Amended Complaint (Doc. 25 at 31-42) within **fourteen (14) days** of the date of entry of this Order.

(2) All other pending motions (Docs. 20, 21, and 24), which relate to the Second Amended Complaint, are **DENIED as moot**.

                                    /s/ A. Richard Caputo
                                    A. Richard Caputo
                                    United States District Judge